RECEIVED

JUN 3 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL ACTION NO.   14-2821 |
| | ) | |
| VERSUS | ) | JUDGE DOHERTY |
| | ) | |
| LAFAYETTE COMMUNITY REHABILITATION HOSPITAL, L.L.C. | ) ) ) | MAGISTRATE JUDGE HANNA |

## JUDGMENT AND ORDER

WHEREAS, the parties have negotiated a resolution in the action styled *United States of America v. Lafayette Community Rehabilitation, L.L.C.*, No. 14-CV-2821, which resolution included the voluntary exclusion of Mark O. Goff, co-owner and manager of Lafayette Community Rehabilitation Hospital, LLC, d/b/a Community Specialty Hospital, from Medicare, Medicaid, and all other Federal health care programs for a term of 15 years; and

WHEREAS as part of that negotiated resolution, Lafayette Community Rehabilitation, L.L.C., through its undersigned counsel, has consented to entry of judgment against it in this proceeding and in favor of the plaintiff, the United States, in the amount of $550,000. A copy of the Exclusion Agreement is attached as Exhibit A hereto, and is incorporated herein by reference; and that

WHEREAS the Parties have agreed that each bear their own costs, fees, and expenses.

WHEREFORE, the Court finding no just reason for delay, hereby ORDERS, ADJUDGES AND DECREES that a final judgment in this matter be entered in the

amount of $550,000 against defendant Lafayette Community Rehabilitation, L.L.C. and in favor of the United States, and that defendant Lafayette Community Rehabilitation, L.L.C. shall pay to the United States the sum of $550,000, and that

The Parties shall each bear their own costs, fees, and expenses.

Lafayette, Louisiana, this _30_ day of ___June___, 2016.

_____
UNITED STATES DISTRICT JUDGE